IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | Civil Action No. 5:11-cv-792 |
| V. | § § | COMPLAINT JURY TRIAL DEMAND |
| | § § | |
| AA FOUNDRIES, INC., | § § | |
| Defendant. | § § | |
| and | § § | |
| MARY L. JOHNSON, , | § § § | |
| Intervenor-Plaintiff, | § § | |
| V. | § § | |
| AA FOUNDRIES, INC. | § § § | |
| Intervenor - Defendant | § | |

<u>DEFENDANT AND DEFENDANT INTERVENOR AA FOUNDRIES'
MOTION IN LIMINE</u>

Pursuant to this Court's December 5, 2011 Order (Doc. 14), Defendant and Defendant-Intervenor submit the following Motion in Limine:

1. None at this time

                                                     Respectfully submitted,

                                                     LAW OFFICES OF STEPHEN F. WHITE, P.C.

                            By:    ___*/S/ Stephen F. White*_____
                                           Stephen F. White
                                           Texas Bar No. 21328800

1

2

swhite@stephenwhiteattorney.com  
202 E. Locust Street  
San Antonio, Texas 78212  
Telephone: (210) 340-9988  
Facsimile: (210) 826-9988  
Attorney for AA FOUNDRIES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all attorneys on the 25th day of June, 2012, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Edward Juarez, Senior Trial Attorney | Paul D. Andrews |
| EEOC | Andrews & Gold |
| San Antonio Field Office | 218 Goliad Rd., Suite 5 |
| 5410 Fredericksburg Rd., Ste. 200 | San Antonio, TX 78233 |
| San Antonio, TX 78229-3555 | |

    ___/S/ Stephen F. White____  
    Stephen F. White