IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED
SEP 2 6 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § Plaintiff, § § v. § § AA FOUNDRIES, INC., § § Defendant, § § and § § KENNETH E. BACON and KATHY § R. WHITE, § § Intervenor-Plaintiffs, § § v. § § AA FOUNDRIES, INC., § § Intervenor-Defendant, § | No. SA-11-CA-792 |

### VERDICT ON SPECIAL INTERROGATORIES

We, the jury, answer the interrogatories submitted by the Court as follows:

### Interrogatory No. One

Do you find from a preponderance of the evidence that the following employees of AA Foundries, Inc. were subjected to harassment based on race?

Please answer "Yes" or "No" as to each employee.

Christopher Strickland: __Yes__

Kenneth A. Bacon: __Yes__

Leroy Beal: __Yes__

1

Kathy R. White:     **No**

If you have answered "yes" as to any employee, please answer interrogatory No. Two. If not, do not answer further interrogatories.

### Interrogatory No. Two

Do you find from a preponderance of the evidence that the harassment to which the employees were subjected was so severe or pervasive that it resulted in a hostile work environment?

Please answer "Yes" or "No" as to each employee.

Christopher Strickland:  **Yes**
Kenneth A. Bacon:  **Yes**
Leroy Beal:  **Yes**
Kathy R. White:  **No**

If you have answered "yes" as to any employee, please answer the remaining Interrogatories.

### Interrogatory No. Three

What amount of money, if paid now in cash, would fairly and adequately compensate each listed employee for his or her injuries, if any, caused by the hostile work environment?

Please answer in dollars and cents or "None" as to each employee.

Christopher Strickland:  $ **None**
Kenneth A. Bacon:  $ **None**
Leroy Beal:  $ **None**

Kathy R. White:    $ None

### Interrogatory No. Four

Do you find from a preponderance of the evidence that (1) Defendant's supervisor, Ronnie Hunt, engaged in racial harassment while acting in the scope of his employment, and (2) that he acted with malice or reckless indifference to the right of the employees not to be subjected to a hostile work environment?

Please answer "Yes" or "No."

We answer:    Yes

If you have answered "yes," then please answer Interrogatory No. Five. If you have answered "no," do not answer further interrogatories.

### Interrogatory No. Five

What amount of money, if any, do you award as punitive damages?

Please answer in dollars and cents, or "None" as to each emoployee.

Christopher Strickland:   $ 100,000.00
Kenneth A. Bacon:   $ 40,000.00
Leroy Beal:   $ 60,000.00
Kathy R. White:   $ None

Sept. 26, 2012
Date