

# INVOICE

Invoice #LAM-2012001045
9/21/2012

Edward Juarez
EEOC
5410 Fredericksburg Road
Suite 200
San Antonio, TX 78229

Send Payments To:
Magee Litigation Support, Inc.
20770 U.S. 281 North
#108-177
San Antonio, TX 78258
Phone: (830) 980-2500
Fax: (888) 828-0102
Tax Id #27-2798764

Your Contact: Servando Pena
**Case Number: Western District 5:11-CV-00792-HLH**

Plaintiff:
**EEOC**

Defendant:
**AA Foundries, Inc.**

Received: 9/18/2012    Served: 9/20/2012 11:00 am  INDIVIDUAL/PERSONAL
To be served on: Ronnie Hunt

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 75.00 | 75.00 |
| Witness Fee | 1.00 | 41.13 | 41.13 |
| Check Fee | 1.00 | 4.11 | 4.11 |
| TOTAL CHARGED: | | | $120.24 |

**BALANCE DUE:** $120.24

PAYMENT DUE UPON RECEIPT
THANK YOU FOR YOUR BUSINESS!

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

# Exhibit 1



# INVOICE

Invoice #LAM-2012001086
9/24/2012

Edward Juarez
EEOC
5410 Fredericksburg Road
Suite 200
San Antonio, TX 78229

Send Payments To:
Magee Litigation Support, Inc.
20770 U.S. 281 North
#108-177
San Antonio, TX 78258
Phone: (830) 980-2500
Fax: (888) 828-0102
Tax Id #27-2798764

Your Contact: Servando Pena
**Case Number: Western District 5:11-CV-00792-HLH**

Plaintiff:
**EEOC**

Defendant:
**AA Foundries, Inc.**

Received: 9/24/2012    Served: 9/24/2012 2:05 pm  INDIVIDUAL/PERSONAL
To be served on: Moumouni Adamou

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 75.00 | 75.00 |
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Witness Fee | 1.00 | 41.13 | 41.13 |
| Check Fee | 1.00 | 4.11 | 4.11 |
| TOTAL CHARGED: | | | $145.24 |

**BALANCE DUE:** $145.24

PAYMENT DUE UPON RECEIPT
THANK YOU FOR YOUR BUSINESS!

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

| | | | |
|---|---|---|---|
| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS | | |

INVOICE NO: 20120576

MAKE CHECKS PAYABLE TO:

Edward Juarez
Equal Employment Opp. Commission
5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229

Phone: (210) 281-2525

eduardo.juarez@eeoc.gov

Chris Poage
United States Court Reporter
9478 Camino Venado
Helotes, TX 78023

Phone: (210) 244-5036

Tax ID: 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
chris_poage@txwd.uscourts.gov

[ ] CRIMINAL  [X] CIVIL    DATE ORDERED: 08-07-2012    DATE DELIVERED: 08-14-2012

Case Style: SA11CACA792HLH, EEOC, Mary Johnson v AA Foundries
Jury Trial Testimony of Ronnie Hunt and Rosa Hernandez

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 65 | 4.85 | 315.25 | | | | | | | 315.25 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | TOTAL: | | | 315.25 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | Deposit Date: 08-07-2012 | | | | | | LESS AMOUNT OF DEPOSIT: | | | 334.65 |
| Check No: 2030 | Refund Date: 08-14-2012 | | | | | | TOTAL REFUND: | | | 19.40 |
| | | | | | | | TOTAL DUE: | | | $0.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Chris Poage    DATE: 08-14-2012

(All previous editions of this form are cancelled and should be destroyed)

# INVOICE

HOFFMAN REPORTING & VIDEO SERVICE
LOCUST STREET PROFESSIONAL BUILDING
206 EAST LOCUST STREET
San Antonio, TX  78212
Phone:210-736-3555   Fax:210-736-6679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1020534 | 4/10/2012 | 20363 |
| Job Date | Case No. | |
| 3/21/2012 | 5:11-CV-792 | |
| Case Name | | |
| Equal Employment Opportunity Commission vs. AA Foundries, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Mr. Eduardo Juarez
Equal Employment Opportunity Commission
5410 Fredericksburg Road, Suite 200
San Antonio, TX  78229

ONE COPY OF THE ORAL DEPOSITION OF:
   Leroy Beal   236.28
ONE COPY OF THE ORAL DEPOSITION OF:
   Kathy White   136.84

**TOTAL DUE  >>>**   **$373.12**

THANK YOU FOR YOUR BUSINESS!
YOU MAY DEDUCT $33.92 IF PAID BY 05/10/2012.

HOFFMAN REPORTING ACCEPTS VISA / MASTERCARD / AMERICAN EXPRESS.

**Tax ID:** 74-2014467   Phone: 210-281-7636   Fax:210-281-7669

*Please detach bottom portion and return with payment.*

Mr. Eduardo Juarez
Equal Employment Opportunity Commission
5410 Fredericksburg Road, Suite 200
San Antonio, TX  78229

| | | | |
|---|---|---|---|
| Job No. | : 20363 | BU ID | : 1-MAIN |
| Case No. | : 5:11-CV-792 | | |
| Case Name | : Equal Employment Opportunity Commission vs. AA Foundries, Inc. | | |
| Invoice No. | : 1020534 | Invoice Date | : 4/10/2012 |
| **Total Due** | : **$373.12** | | |

Remit To:  **HOFFMAN REPORTING & VIDEO SERVICE**
**LOCUST STREET PROFESSIONAL BUILDING**
**206 EAST LOCUST STREET**
**San Antonio, TX  78212**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1020515 | 4/9/2012 | 20296 |
| Job Date | Case No. | |
| 3/21/2012 | 5:11-CV-792 | |
| Case Name | | |
| Equal Employment Opportunity Commission vs. AA Foundries, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

HOFFMAN REPORTING & VIDEO SERVICE
LOCUST STREET PROFESSIONAL BUILDING
206 EAST LOCUST STREET
San Antonio, TX  78212
Phone:210-736-3555   Fax:210-736-6679

Mr. Eduardo Juarez
Equal Employment Opportunity Commission
5410 Fredericksburg Road, Suite 200
San Antonio, TX  78229

ONE COPY OF THE ORAL DEPOSITION OF:

   Christopher Strickland        216.63

**TOTAL DUE  >>>**     **$216.63**

THANK YOU FOR YOUR BUSINESS!
YOU MAY DEDUCT $19.69 IF PAID BY 05/09/2012.

HOFFMAN REPORTING ACCEPTS VISA / MASTERCARD / AMERICAN EXPRESS.

**Tax ID:** 74-2014467        Phone: 210-281-7636   Fax:210-281-7669

*Please detach bottom portion and return with payment.*

Mr. Eduardo Juarez
Equal Employment Opportunity Commission
5410 Fredericksburg Road, Suite 200
San Antonio, TX  78229

Job No.       : 20296        BU ID       : 1-MAIN
Case No.      : 5:11-CV-792
Case Name     : Equal Employment Opportunity Commission vs.
                AA Foundries, Inc.
Invoice No.   : 1020515      Invoice Date : 4/9/2012
**Total Due** : **$216.63**

Remit To:  **HOFFMAN REPORTING & VIDEO SERVICE**
           **LOCUST STREET PROFESSIONAL BUILDING**
           **206 EAST LOCUST STREET**
           **San Antonio, TX  78212**

**PAYMENT WITH CREDIT CARD**     AMEX  MASTERCARD  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____




Esquire Solutions - San Antonio
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX, 75284-6099
www.esquiresolutions.com

## Invoice # EQ360605

| Invoice Date | 03/26/2012 |
|---|---|
| Terms | NET 45 |
| Payment Due | 05/10/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

EDWARD JUAREZ ,ESQ.
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMIS
SUITE 200
5410 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78229-3555

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/29/2012 | EEOC vs AA FOUNDRIES AND JOHNSON vs AA F | 314761 | 03/23/2012 | FED EX |

| Description |
|---|
| Original Deposition for WAYNE MOSS, 02/29/2012 (SAN ANTONIO, TX) |
|     EXHIBITS |
|     SUMMARY |
| |
| Original Deposition for WILLIAM RAMZINSKI, 02/29/2012 (SAN ANTONIO, TX) |
|     EXHIBITS |
|     SUMMARY |

*MATTER NUMBER: NA*
*- EEOC/US EEOC*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 05/10/2012** | **$ 1,422.37** |

Tax Number: 45-3463120

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**




| | |
|---|---|
| Invoice #: | EQ360605 |
| Payment Due: | 05/10/2012 |
| **Amount Due On/Before 05/10/2012** | **$ 1,422.37** |

EDWARD JUAREZ ,ESQ.
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMIS
SUITE 200
5410 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78229-3555

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

`041 0000360605 03262012 9 000142237 2 05102012 05102012 6 000156461 45`




Esquire Solutions - San Antonio
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX, 75284-6099
www.esquiresolutions.com

### Invoice # EQ359506

| Invoice Date | 03/21/2012 |
|---|---|
| Terms | NET 45 |
| Payment Due | 05/05/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

EDWARD JUAREZ ,ESQ.
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMIS
SUITE 200
5410 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78229-3555

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/28/2012 | EEOC vs AA FOUNDRIES AND JOHNSON vs AA F | 314737 | 03/21/2012 | FED EX |

| Description |
|---|
| Original Deposition for RONNIE HUNT, 02/28/2012 (SAN ANTONIO, TX) |
|     EXHIBITS |
|     SUMMARY |

*MATTER NUMBER: NA*
*- EEOC/US EEOC*

Tax: $ 0.00
Paid: $ 0.00

**Amount Due On/Before 05/05/2012**   **$ 1,174.05**

Tax Number:   45-3463120

-------------------------------------------------------------

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**




Invoice #:   EQ359506
Payment Due:   05/05/2012

**Amount Due On/Before 05/05/2012**   **$ 1,174.05**

EDWARD JUAREZ ,ESQ.
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMIS
SUITE 200
5410 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78229-3555

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

041 0000359506 03212012 2 000117405 2 05052012 05052012 0 000129146 73



Esquire Solutions - San Antonio
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Toll Free (800) 211-DEPO
Fax (856) 437-5009

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX, 75284-6099
www.esquiresolutions.com

## Invoice # EQ372570

| Invoice Date | 05/08/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/07/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

EDWARD JUAREZ ,ESQ.
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMIS
SUITE 200
5410 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78229-3555

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/20/2012 | EEOC vs AA FOUNDRIES AND JOHNSON vs AA F | 330313 | 05/07/2012 | FED EX |

| Description |
|---|
| Original Deposition for MOUMOUNI ADAMOU, 04/20/2012 (SAN ANTONIO, TX) |
|    EXHIBITS |
|    SUMMARY |
| |
| Original Deposition for JANICE BEAL, 04/20/2012 (SAN ANTONIO, TX) |
|    EXHIBITS |
|    SUMMARY |

*MATTER NUMBER: NA*
*- EEOC/US EEOC*

Tax: $ 0.00
Paid: $ 0.00

**Amount Due On/Before 06/22/2012**     **$ 1,909.39**

Tax Number: 45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



Invoice #: EQ372570
Payment Due: 06/07/2012

**Amount Due On/Before 06/22/2012**     **$ 1,909.39**

EDWARD JUAREZ ,ESQ.
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMIS
SUITE 200
5410 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78229-3555

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

041 0000372570 05082012 9 000190939 5 06072012 06222012 5 000210033 09

# I N V O I C E

HOFFMAN REPORTING & VIDEO SERVICE
LOCUST STREET PROFESSIONAL BUILDING
206 EAST LOCUST STREET
San Antonio, TX  78212
Phone:210-736-3555   Fax:210-736-6679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1020468 | 3/26/2012 | 20297 |
| Job Date | Case No. | |
| 3/22/2012 | 5:11-CV-792 | |
| Case Name | | |
| Equal Employment Opportunity Commission vs. AA Foundries, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Mr. Eduardo Juarez
Equal Employment Opportunity Commission
5410 Fredericksburg Road, Suite 200
San Antonio, TX  78229

ONE COPY OF THE ORAL DEPOSITION OF:

  Kenneth Bacon                                                                118.36

                                              **TOTAL DUE  >>>**        **$118.36**

THANK YOU FOR YOUR BUSINESS!
YOU MAY DEDUCT $10.76 IF PAID BY 04/26/2012.

HOFFMAN REPORTING ACCEPTS VISA / MASTERCARD / AMERICAN EXPRESS.

**Tax ID:** 74-2014467                                        Phone: 210-281-7636   Fax:210-281-7669

*Please detach bottom portion and return with payment.*

Mr. Eduardo Juarez
Equal Employment Opportunity Commission
5410 Fredericksburg Road, Suite 200
San Antonio, TX  78229

Job No.      : 20297              BU ID        : 1-MAIN
Case No.     : 5:11-CV-792
Case Name    : Equal Employment Opportunity Commission vs.
               AA Foundries, Inc.
Invoice No.  : 1020468            Invoice Date  : 3/26/2012
**Total Due**    : **$118.36**

Remit To:   **HOFFMAN REPORTING & VIDEO SERVICE**
            **LOCUST STREET PROFESSIONAL BUILDING**
            **206 EAST LOCUST STREET**
            **San Antonio, TX  78212**

**PAYMENT WITH CREDIT CARD**                    AMEX  MASTERCARD  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____    Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: ____
Amount to Charge: _____
Cardholder's Signature: _____

# I N V O I C E

HOFFMAN REPORTING & VIDEO SERVICE
LOCUST STREET PROFESSIONAL BUILDING
206 EAST LOCUST STREET
San Antonio, TX  78212
Phone:210-736-3555   Fax:210-736-6679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1020480 | 3/29/2012 | 20297 |
| Job Date | Case No. | |
| 3/22/2012 | 5:11-CV-792 | |
| Case Name | | |
| Equal Employment Opportunity Commission vs. AA Foundries, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Mr. Eduardo Juarez
Equal Employment Opportunity Commission
5410 Fredericksburg Road, Suite 200
San Antonio, TX  78229

ONE COPY OF THE ORAL DEPOSITION OF:
  Mary L. Johnson      161.72

**TOTAL DUE  >>>**    **$161.72**

THANK YOU FOR YOUR BUSINESS!
YOU MAY DEDUCT $14.70 IF PAID BY 04/29/2012.

HOFFMAN REPORTING ACCEPTS VISA / MASTERCARD / AMERICAN EXPRESS.

**Tax ID:** 74-2014467      Phone: 210-281-7636   Fax:210-281-7669

*Please detach bottom portion and return with payment.*

---

Mr. Eduardo Juarez
Equal Employment Opportunity Commission
5410 Fredericksburg Road, Suite 200
San Antonio, TX  78229

Job No.      : 20297      BU ID     : 1-MAIN
Case No.     : 5:11-CV-792
Case Name    : Equal Employment Opportunity Commission vs. AA Foundries, Inc.
Invoice No.  : 1020480      Invoice Date : 3/29/2012
**Total Due**    : **$161.72**

Remit To:  **HOFFMAN REPORTING & VIDEO SERVICE**
          **LOCUST STREET PROFESSIONAL BUILDING**
          **206 EAST LOCUST STREET**
          **San Antonio, TX  78212**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# Invoice

118 Broadway, Ste 502
San Antonio, TX 78205
Tel: 1-855-261-0309

| Date | Invoice # |
|---|---|
| 7/3/2012 | 001534 |

**Bill To**

EEOC
5410 Fredricksburg Rd.
Suite 200
San Antonio, Texas 78229

| Contact | P.O. No. | Terms | Project / Matter |
|---|---|---|---|
| Danita Anderson Richards | EE0612.0089 | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Trial Board Color 18x24 | 27.00 | 27.00 |

Thank you for your business!
TIN:27-2597099 Please Make Payable to:E-Sencia Discovery Inc.

**Total** $27.00



# Invoice

| | 118 Broadway, Ste 502 | Date | Invoice # |
| --- | --- | --- | --- |
| | San Antonio, TX 78205 | 7/18/2012 | 001639 |
| | Tel: 1-855-261-0309 | | |

**Bill To**

EEOC
5410 Fredricksburg Rd.
Suite 200
San Antonio, Texas 78229

| Contact | P.O. No. | Terms | Project / Matter |
| --- | --- | --- | --- |
| Danita E.A. Richards | EE0712.0102 | Net 30 | Moose |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| 1 | Trial Board Color 18x24 | 32.00 | 32.00 |

Thank you for your business!
TIN:27-2597099 Please Make Payable to: E-Sencia Discovery Inc.

**Total**     $32.00